UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

**Michael Weiner**

-against-                                                                              21-CV-4181-WFK-ARL

**Michelle Clark**

-----------------------------------------------------------X

ORDER FOR APPOINTMENT OF ARBITRATOR

The Arbitration Hearing is scheduled for: **May 15, 2023 at 10:00 a.m.**
before the following Arbitrator(s) selected from the U.S. District Court Panel of Arbitrators:

**Usher Thomasson Winslett , III**
Winslett Studnicky McCormick & Bomser LL
1177 Avenue of the Americas
Ste 5th Floor
New York, NY 10036       Tele: 646-688-5424       Email: uwinslett@wsmblaw.com.

The hearing will be held remotely, using a platform offered by the Arbitrator.

DISCLOSURE:   No Arbitrator may serve in any matter in violation of the standards set forth in Section 455, Title 28 U.S. Code.  The Arbitrator shall promptly disclose in writing to all counsel any concern the Arbitrator may have that a circumstance covered by subparagraph (a) of Section 455, Title 28 U.S. Code might exist; that is, any circumstance in which the Arbitrator's impartiality might reasonably be questioned.

ADJOURNMENT:   Counsel may not change a hearing date without obtaining written approval. From the Arbitrator or the Court.  The Arbitrator may change the time and date of the hearing, **once**, provided the hearing is rescheduled occur within 30 days of the date set forth in this Order. The Court must approve continuances beyond any 30-day period.   File all requests to adjourn electronically, via CM/ECF.

 ELECTRONIC CASE FILING:  Pursuant to Administrative Order 2004-08, all correspondence related to this case, including a request to adjourn the hearing must be filed electronically.

Dated:  April 17, 2023
Central Islip , NY

_____
UNITED STATES MAGISTRATE JUDGE